1 TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
2 M. KEITH MOSKOWITZ, ESQ.
(*Pro Hac Vice* Pending)
3 JULIA M. BECKLEY, ESQ.
(*Pro Hac Vice* Pending)
4 RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
5 Las Vegas, NV 89113
Tel:    (702) 479-4350
6 Fax:    (702) 270-4602
tfhunter@travelers.com
7
Attorney for Defendant,
8 **THE TRAVELERS
INDEMNITY COMPANY**
9

**UNITED STATES DISTRICT COURT**

10
**DISTRICT OF NEVADA**

11

| CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada, | **CASE NO.: 3:22-cv-00006 LRH-CLB** |
|---|---|
| Plaintiff, | |
| vs. | |
| THE     TRAVELERS     INDEMNITY COMPANY, a Connecticut Corporation, ROE COMPANIES I-X, and DOE INDIVIDUALS I-X, | |
| Defendants. | |

19 <u>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**</u>

20     The Parties, by and through undersigned counsel, hereby jointly request that the

21 Court extend the deadline by which Defendant shall have to respond to the Complaint.

22 Plaintiff and Defendant stipulate as follows:

23     1.    Plaintiff filed the Complaint in the First Judicial District court for the State

24 of Nevada in and for Carson City on November 17, 2021.

25     2.    Defendant was served on December 9, 2021.

26     3.    Defendant's deadline for answering or otherwise responding to the

27 Complaint was December 30, 2021.

28

1

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1    4.    On December 23, 2021, given the holidays surrounding the response deadline, Defendant requested that Plaintiff agree to a thirty day extension to respond to the Complaint.  On December 27, 2021, Plaintiff agreed that Defendant may have an additional thirty (30) days to respond to the Complaint.  Accordingly, the Parties agreed that Defendant may have until January 28, 2022 to respond to the Complaint.

5.    Defendant removed the case to this Court on January 7, 2022.  ECF 1.

6.    Despite the removal to federal court, the Parties wish to maintain their previously agreed deadline for Defendant to respond to the Complaint as January 28, 2022.

7.    Plaintiff consents to the relief requested in this Stipulation.

**NOW THEREFORE**, in consideration of the facts set forth above, the parties hereby stipulate and agree as follows:

1.    The deadline for Defendant to answer or otherwise respond to the Complaint shall be January 28, 2022; and

2.    Defendant does not waive any defenses to the Complaint or its right to move to dismiss or otherwise move on the Complaint.

DATED:  January 13, 2022

RAY LEGO & ASSOCIATES         LEMONS, GRUNDY & EISENBERG

_____       _____
Timothy F. Hunter (SBN 10622)       Douglas R. Brown, Esq. (SBN 7620)
Julia M. Beckley (*Pro Hac Vice* Pending)   Dane A. Littlefield, Esq. (SBN 14080)
M. Keith Moskowitz (*Pro Hac Vice* Pending)  *Attorneys for Plaintiff*
*Attorneys for Defendant*          *Carson City*
*Travelers Indemnity Company*

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
M. KEITH MOSKOWITZ, ESQ.
(*Pro Hac Vice* Pending)
JULIA M. BECKLEY, ESQ.
(*Pro Hac Vice* Pending)
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendant,
**THE TRAVELERS
INDEMNITY COMPANY**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, ROE COMPANIES I-X, and DOE INDIVIDUALS I-X,

Defendants.

**CASE NO.: 3:22-cv-00006 LRH-CLB**

## [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having consider the Stipulated Motion to Extend Time to Respond to Complaint ("Stipulated Motion"), and for good cause shown, the Stipulated Motion is hereby GRANTED.

/ / /

/ / /

/ / /

/ / /

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1

2    The deadline for Defendant to answer or otherwise respond to the Complaint shall

3  be January 28, 2022. Defendant does not waive any defenses to the Complaint or its

4  right to move to dismiss or otherwise move on the Complaint.

5    DATED this ___13th___ of January, 2022.

6

7                                        IT IS SO ORDERED.

8

9                                        _____

10                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2