UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada,<br><br>        Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; ROE COMPANIES I – X, and; DOE INDIVIDUALS I – X,<br><br>        Defendants. | Case No. 3:22-cv-00006-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED, by and between Plaintiff CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada, by and through its undersigned counsel, and Defendant THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, each party acting through its undersigned counsel:

///

///

///

///

///

///

///

///

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

That the above-captioned matter be dismissed with prejudice, with each party to bear their respective attorney's fees and costs.

Dated: February 29th, 2024.

LEMONS, GRUNDY & EISENBERG

By: /s/ Dane A. Littlefield, Esq.
Douglas R. Brown, Esq. (SBN 7620)
Dane A. Littlefield, Esq. (SBN 14080)
*Attorneys for Plaintiff Carson City*

Dated: February 29th, 2024

RAY LEGO & ASSOCIATES

By: /s/ Timothy F. Hunter, Esq.
Timothy F. Hunter, Esq. (SBN 01622)
M. Keith Moskowitz, Esq. (*Pro Hac Vice*)
Nathan P. Shimodoi, Esq. (*Pro Hac Vice*)
*Attorneys for Defendant*

## ORDER

Pursuant to the Stipulation between the parties, IT IS ORDERED that above-captioned matter be dismissed with prejudice with each party bearing their respective attorney's fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 1st day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868